Gary Lee Lancaster
# 16405-179
FCI-Low
P.O. Box 26020
Beaumont, Texas
   77720

  

≈16405-179≈
Clerk Us District Court
515 RUSK ST
Judge Hughes
Houston, TX 77002
United States

United States Courts
Southern District of Texas
FILED

JUL 10 2013

David J. Bradley, Clerk of Court

LEGAL MAIL